UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

E-FILED
Friday, 20 May, 2005  12:26:56 PM
Clerk, U.S. District Court, ILCD

_Duane Knox_
Plaintiff/Petitioner(s),

-vs-

_Cook County Circus Court_

_Marjorie C. Laws_

Defendant/Respondent(s).

Case No. _____
(To be supplied by the Clerk)

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Duane Knox_, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:

( ) Civil Rights   (X) Habeas Corpus   ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
   _Inmate commissary  3-23-2005  $20 per month_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes (✓)   No ( )
   b. Rent payments, interest or dividends?                Yes ( )   No ( )
   c. Pensions, annuities or life insurance payments?      Yes ( )   No ( )
   d. Gifts or inheritances?                               Yes ( )   No ( )
   e. Any other sources?                                   Yes ( )   No ( )

(Rev. 1/93)

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

_Inmate commissary labe date of work 3-23-2K5 $20 per month._

3.  Do you own cash, or do you have money in a checking or savings account?
    Yes ( ) No (✓) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4.  Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓) If the answer is "yes", describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    _Dujuan Knox my son $500.00 per month_

### DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621

_2-2-2K5_  _Duane Knox_
Date                    Signature of Plaintiff/Petitioner

(Rev. 1/93)                  - 2 -