# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

E-FILED
Friday, 20 May, 2005 12:27:43 PM
Clerk, U.S. District Court, ILCD

_Duane Knox_
**Plaintiff/Petitioner(s),**

-vs-

_Cook County Circut Court_
_Marjorie C Laws_

**Defendant/Respondent(s).**

Docket No. _____
(To be supplied by the Clerk)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.
_Duane Knox R30971 P.O. Box 1700_
_Galesburg IL 61401_

B. Defendant _Marjorie C. Laws_ is employed as
(Name of First Defendant)
_Judge_
(Position/Title)
with _Cook County Court House Room 301_
(Employer's Name and Address)
_2650 S. California 60608_

C. At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)     No ( )

If your answer is "yes", briefly explain:
_Judge_

(Rev. 2/93)

_____ is employed as
(Name of First Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

E.  At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

    Yes ( )        No ( )

If your answer is "yes", briefly explain:

_____
_____
_____
_____

F.  Using the outline of the form provided, include the above information for any additional defendant(s).

_____
_____
_____
_____
_____
_____
_____

II. PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    Yes ( )        No (X)

B.  If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) Failure to comply with this provisions may result in summary denial of your complaint.

_____
_____
_____
_____

(Rev. 2/93)                         - 2 -

1. Parties to previous lawsuits:

   Plaintiff(s) __NONE__

   Defendant(s) __NONE__

   2. Court (if Federal Court, name the District; if State Court, name the County) __NONE__

   3. Docket number __NONE__

   4. Name of Judge to whom case was assigned __NONE__

   5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action? ~~Civil Rights~~ __NONE__

   6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~still pending~~ __NONE__

   7. Approximate date of filing lawsuit __NONE__

   8. Approximate date of disposition __NONE__

III. GRIEVANCE PROCEDURE

   A. Is there a prisoner grievance procedure in the institution? __NONE__

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure. Yes ( ) No (X)

   C. If your answer is "yes",

      1. What steps did you take? __NONE__

      2. What was the result? __NONE__

   D. If your answer is "no", explain why not. __NONE__

   E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No (X)

(Rev. 2/93)                                    - 3 -

F.  If your answer is "yes",

   1. What steps did you take? *NONE*

   2. What was the result? *NONE*

G.  If your answer is "no", explain why not. *didn't file one*

H.  Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: *NONE*

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.

Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim. Additionally, attach any relevant, supporting documentation.

On thee above date Oct 19, 2000, I Duane Knox was arrested for first degree murder. On June 20, 2004 I was sentenced 5yrs for Involuntary Manslaughter also 20yrs for AGG Battery of a child, which these sentences were givin on the same person. There for I'am suing the Circut Court of Cook county for the sum of five hundred thousand dollars per month for everymonth on these previous charges for false inprisonment. Due to the fact that Judge Marjorie C. Laws didn't have true and correct facts. In the entire case before she sentenced me to five years and twenty years on the same case. There for I've been falsely inprisoned and deprived of my rights. There was three specialist envoled one chief medical examiner assistant that works for cook county moruge, radiologist hired by cook county moruge, also a medical examiner hired by michael mayfield assistant public Defender, which all specialist have conflicting reports on there finding.

Thank you for your assistants

Duane Knox
2-2-2005

(Rev. 2/93)                                          - 4 -

## REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

_Five Hundred thousand (500,000) per month due to my incarceration._
_Mental Stress_
_Mental Anguish_
_Physical Damage_
_Unlawful Incarceration_

_____
Signature of attorney, if any

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state), under penalty of perjury, that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this _2_ day of _Federary_, 2005

_Duane Knox_
Signature of Plaintiff

(Rev. 2/93) - 6 -