# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Duane Knox
_____
Plaintiff/Petitioner,

vs.

Cook County circuit court
Marjorie C. Laws
_____
Defendant(s)/Respondent.

CASE NO. _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Duane Knox, am (check one) the ☒ plaintiff ☐ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare (check appropriate box):

   ☒ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☐ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

2-2-2005
Date

Duane Knox R30971
Movant's Signature

P.O. Box 1700
Street Address

Galesburg      IL      61401
City           State   Zip

As indicated in paragraph three of my motion for appointment of counsel (see reverse), I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

(Attach additional pages, in this format, as necessary).

# CERTIFICATE

(THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER)

Name of Plaintiff/Petitioner: _Duane Knop_

Institution where confined: _Hill C.C. Correctional Center_

Register number: _R30971_

---

(Instructions: This section is for completion by an authorized officer of the above-named institution only. The plaintiff/petitioner may not write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above. If the plaintiff/petitioner is confined in the Illinois Department of Corrections, you are further requested to attach a print-out of all transactions for this person's account for the past six months.)

I hereby certify that _____ currently has the sum
                                (Name of plaintiff/petitioner)

$_____ on account to his credit at _____
                                            (Institution where confined)

In the first calendar month immediately preceding the date
of this certificate, plaintiff/petitioner had a maximum balance of      $_____
_____and a minimum balance of                                    $_____
In the second calendar month, had a maximum balance of                  $_____
_____and a minimum balance of                                    $_____
In the third calendar month, had a maximum balance of                   $_____
_____and a minimum balance of                                    $_____

I certify that the plaintiff/petitioner likewise has the following securities to his credit according to the records of the institution.


DATED: _____          _____
                                 Signature of Authorized Officer
                                 of the above Institution

(Rev. 1/93)                           - 3 -