E-FILED
Friday, 20 May, 2005  12:31:22 PM
Clerk, U.S. District Court, ILCD

FILED     5-9-05

MAY 12 2005     6-07-05

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I would also like to request a summons to be sent to Marjorie C. Laws on this matter. Seeing as to the fact I have no way of doing so. Thank you for your time and help.

Duane Knox