AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DUANE KNOX,**
        Plaintiff,

    vs.                              Case Number:   **05-3122**

**COOK COUNTY CIRCUIT COURT,**
**JUDGE MARJORIE C. LAWS,**
        Defendants.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered on June 2, 2005 by the Honorable Harold A. Baker, U. S. District Judge and, pursuant to 28 U.S.C. Section 1915A, the plaintiff's complaint is dismissed, without prejudice, as barred by Heck v. Humphrey, 512 U.S. 477, 484-487 (1994), and progeny. All pending motions are denied as moot, case terminated.---------------------------------------------------------------

        ENTER this 2nd day of June, 2005

        s/John M. Waters
           JOHN M. WATERS, CLERK

        s/M. Stewart
           BY:  DEPUTY CLERK